**This order is SIGNED.**

 

Dated: **March 11, 2019**

**JOEL T. MARKER
U.S. Bankruptcy Judge**

*msc*

Mark S. Middlemas (USB No. 9252)
Tom Cook (USB No. 5846)
LUNDBERG & ASSOCIATES, PC
3269 South Main Street, Suite 100
Salt Lake City, UT 84115
(801) 263-3400
(801) 263-6513 (fax)
ECFmailDistGroup@Lundbergfirm.com

Attorneys for U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust
L&A Case No. 18.72733.3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
Central Division

| In re: | Bankruptcy No. 18-27772 JTM |
|---|---|
| Cherie Ann Pearson, | (a Chapter 13 case) |
| Debtor. | Filed Electronically |

ORDER TERMINATING THE AUTOMATIC STAY

U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust ("Creditor") filed a Motion for Termination of the Automatic Stay. Caliber Home Loans, Inc. presently services this loan for the Creditor. Debtor defaulted under the terms of the Agreed Order, and based on debtor's default and for good cause appearing, it is hereby ORDERED, adjudged and decreed

that the automatic stay in this case is terminated as to the real property of the debtor located at 3470 South Pyrite Drive, Magna, in Salt Lake County, Utah, 84044, and more particularly described as:

> Lot 122, OQUIRRH MEADOWS PHASE 1, according to the Official Plat thereof on file and of record in the Salt Lake County Recorder's Office.
>
> Together with all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property.

It is further ORDERED that Creditor, and/or its successors and assigns, is permitted to proceed, pursuant to applicable non-bankruptcy law, to exercise all of its legal remedies and rights, including any right of assessment of reasonable fees and costs as provided by contract or statute, against the above-described property; and,

It is further ORDERED that Creditor and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance, loan modification, refinance, short sale, deed in lieu, or other loan workout/loss mitigation agreement or alternative to foreclosure. Any such agreement shall be non-recourse unless included in a reaffirmation agreement. Creditor may contact the debtor via telephone or written correspondence to offer such an agreement. This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States Code, and,

It is further ORDERED that, upon termination of the automatic stay, the Chapter 13 Trustee shall make no further distribution to Creditor on its secured claim, and Creditor shall file, within 180 days for it to be allowed, an amended proof of claim showing amount, if any, that should be paid through debtor's plan as an unsecured claim, for any deficiency balance, and shall

serve a copy on the Chapter 13 Trustee.

——————————————— End of Document ———————————————

### DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing Order Terminating the Automatic Stay shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

>Mark S. Middlemas
>Lundberg & Associates, PC
>ecfmaildistgroup@lundbergfirm.com
>ECF
>   Attorneys for Creditor

>Justin O. Burton
>Rulon T. Burton & Assoc.
>justin@rulontburton.com
>ECF
>   Attorney for Debtor

>Lon Jenkins
>ecfmail@ch13ut.org
>ECF
>   Chapter 13 Trustee

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

>Cherie Ann Pearson
>3470 South Pyrite Drive
>Magna, UT 84044
>>Debtor

>/s/Mark S. Middlemas
>Mark S. Middlemas